IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

U.S. DISTRICT
SAVANNAH
2011 JUN 16 AM 9: 06
CLERK
SO. DIST. OF GA.

BENJAMIN ROOSEVELT SINGLETON,

Plaintiff,

vs.

CIVIL ACTION NO.: CV610-097

AL BERGLIN; JOE PEAL; ROSS
T. GEARINGER; THOMAS
McELHENNEY; SHEVONDAH FIELDS;
DEBRA KIGHT; ANESSA KIRKLEY;
and JAMES ALLEN,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Alternative Motion to Dismiss (Doc. 21) is **DENIED**, as it is unclear which claims Plaintiff is pursuing in his complaint.

**SO ORDERED**, this _____ day of _____, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)